UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BERG,

    Plaintiff,

v.                        Case No. 8:09-cv-2350-T-30TGW

LIFE INSURANCE COMPANY OF NORTH
AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #9). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 22, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2350.dismiss 9.wpd